ALVINA DRACHENBERG, ADMINISTRATRIX AD PROSE-
QUENDUM OF THE ESTATE OF CHARLES DRACHEN-
BERG, DECEASED, PLAINTIFF-APPELLANT, v. M. &. M.
TRUCKING AND FORWARDING COMPANY, INCORPO-
RATED, A CORPORATION, DEFENDANT-APPELLEE.

Argued May 20, 1932—Decided October 17, 1932.

For the appellant, *Archie Elkins*.

For the respondent, *William B. Stiles*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons
stated in the *per curiam* opinion of the Supreme Court, *ubi
supra.*

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BO-
DINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS,
KERNEY, JJ. 11.

*For reversal*—None.